**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**


**UNITED STATES OF AMERICA,**
***ex rel.* JOSEPH PIACENTILE, M.D.**                                    **PLAINTIFF**


      **v.**            **Civil No. 04-5285**

**BEVERLY ENTERPRISES, INC.,**
**HILL-ROM COMPANY, INC.,**
**NATIONAL PATIENT CARE**
**SYSTEMS, INC., and HANGER**
**ORTHOPEDIC GROUP, INC.**                                    **DEFENDANTS**

### O R D E R

Now on this 19th day of April, 2006, the Court, noting that plaintiff has elected not to amend his Complaint as required by the Court's Order of March 16, 2006, finds that this matter should be, and same hereby is, **dismissed.**

    **IT IS SO ORDERED.**


                          **/s/ Jimm Larry Hendren**
                          **JIMM LARRY HENDREN**
                          **UNITED STATES DISTRICT COURT**